| | |
|---|---|
| SUPREME COURT OF THE STATE OF NEW YORK<br>COUNTY OF NEW YORK<br>------------------------------------------------------------x<br>COLONIAL FUNDING NETWORK, INC. as servicing<br>provider for YELLOW STONE CAPITAL and<br>TRUST CAPITAL FUNDING,<br><br>       Plaintiff,<br><br>  - against-<br><br>SAMMYS GRILL, LLC d/b/a STADIA BAR and GRILL,<br>STADIA BAR & GRILL LICENSING CO, LLC d/b/a<br>STADIA SPORTS GRILL,<br>SAMMY'S GRILL LLC 2 d/b/a<br>SAMMY'S SPORTS GRILL 2,<br>SAMMY'S GRILL LLC 3 d/b/a<br>SAMMY'S SPORTS GRILL 3,<br>SAMMY'S GRILL LLC 4 d/b/a<br>SAMMY'S SPORTS GRILL 4,<br>SAMMY'S GRILL LLC 5 d/b/a<br>SAMMY'S SPORTS GRILL 5, and<br>SAMUEL VELA (a/k/a SAMMY VELA)<br>       Defendant.<br>------------------------------------------------------------x | Index No.: 653963/2018<br><br>Date filed: August 9, 2018<br><br>**NOTICE OF ENTRY**<br><br>Plaintiff's Place of Business:<br>120 West 45th Street, 4th Floor<br>New York, New York 10036<br><br>Plaintiff designates New York County<br>as the place of trial. Venue is based<br>upon Plaintiff's place of business and<br>pursuant to Agreement. |

  PLEASE TAKE NOTICE that the within is a true copy of an Judgment duly made and entered on the within-entitled action, and filed in the office of the Clerk of the Supreme Court of the State of New York, County of New York, on the 22nd day of April 2019.

DATED: April 22, 2019

  New York, New York

                     **Holly S. Falkowitz, Esq.**

                     s/*Holly S. Falkowitz*
                 Attorney for Plaintiff
                 120 West 45th Street, 4th Floor
                 New York, New York 10036
                 Tel: (212) 354-1400
                 Fax: (800) 581-3615

To:

**Sammys Grill, LLC d/b/a**
**Stadia Bar and Grill**
22762 Westheimer PKY #400
Katy, TX 77450

**Stadia Bar & Grill Licensing CO, LLC d/b/a**
**STADIA SPORTS GRILL**
22762 Westheimer PKY #400
Katy, TX 77450

**Sammy's Grill LLC 2**
**Sammy's Sports Grill 2**
9550 Spring Green Blvd, ste 400
Katy, TX 77494

**Sammy's Grill LLC 3**
**Sammy's Sports Grill 3**
7035 W. Grand Parkway #99
Richmond, TX 77406

**Sammy's Grill LLC 4**
**Sammy's Sports Grill 4**
1027 Sawdust Road
Spring, TX 77380

**Sammy's Grill LLC 5**
**Sammy's Sports Grill 5**
3555 Rayford Road, Suite 100
Spring, TX 77380

**Samuel Vela a/k/a**
**Sammy Vela**
9903 Cinco Ridge Drive
Katy, TX 77494

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-----------------------------------------------------------x
COLONIAL FUNDING NETWORK, INC. as servicing
provider for YELLOW STONE CAPITAL and
TRUST CAPITAL FUNDING,

                Plaintiff,

    - against-

SAMMYS GRILL, LLC d/b/a STADIA BAR and GRILL,
STADIA BAR & GRILL LICENSING CO, LLC d/b/a
STADIA SPORTS GRILL,
SAMMY'S GRILL LLC 2 d/b/a
SAMMY'S SPORTS GRILL 2,
SAMMY'S GRILL LLC 3 d/b/a
SAMMY'S SPORTS GRILL 3,
SAMMY'S GRILL LLC 4 d/b/a
SAMMY'S SPORTS GRILL 4,
SAMMY'S GRILL LLC 5 d/b/a
SAMMY'S SPORTS GRILL 5, and
SAMUEL VELA (a/k/a SAMMY VELA)
                Defendant.
-----------------------------------------------------------x

Index No.: 653963/2018

Date filed: August 9, 2018

**STATEMENT FOR JUDGMENT**

I HEREBY CERTIFY THAT I HAVE
ADJUSTED THIS BILL OF COSTS AT
$ 550.00

APR 22 2019

[signature]

CLERK

| | |
|---|---|
| Amount Awarded | $539,993.21 |
| Interest @ 9% from November 27, 2018 | $19,439.76 |
| Subtotal (amount + interest) | |
| Costs by Statute | $ 200.00 |
| Service of Summons and Affidavits | $ |
| Transcripts and Docketing | $ |
| Motion Fee | $ 45.00 |
| Filing RJI | $ 95.00 |
| Sheriff's Fees on Execution | $ |
| Satisfaction Piece | $ |
| Taxing Costs | $ |
| Fee for Index Number | $ 210.00 |

            *Subtotal (costs & disbursements)*    $ 550.00

Total                      ~~$550.00~~ $559,982.97

Costs Taxed at $ 550.00

                   _____ Clerk

STATE OF NEW YORK COUNTY OF NEW YORK    ss.:    **ATTORNEY'S AFFIRMATION**

The undersigned, attorney at law of the State of New York, Holly S. Falkowitz, Esq., attorney of record for the Plaintiff herein, states that the disbursements above specified, are correct and true and have been or will necessarily be made or incurred herein and are reasonable in amount; that the time for the defendants to appear or answer herein has expired and that the said defendants have not appeared or answered herein. The undersigned affirms this statement to be true under the penalties of perjury.

Dated: April 10, 2019                    *s/Holly S. Falkowitz, Esq.*

                                          Holly S. Falkowitz, Esq.

**FILED APR 22 2019 COUNTY CLERK'S OFFICE NEW YORK**

**JUDGMENT** entered against defendants pursuant to the order of the Honorable Gerald Lebovits, J.S.C. dated April 2, 2019.

**NOW, ON MOTION OF** HOLLY S. FALKOWITZ, ESQ, attorney for Plaintiff, it is **ADJUDGED** that Plaintiff, COLONIAL FUNDING NETWORK, INC. as servicing provider for YELLOW STONE CAPITAL and TRUST CAPITAL FUNDING, located at 120 West 45th Street – 4th Floor, New York, New York 10036, has judgment and does recover from Defendants, SAMMYS GRILL, LLC D/B/A STADIA BAR AND GRILL, principally located at 22762 Westheimer PKY #400, Katy, TX 77450, STADIA BAR & GRILL LICENSING CO, LLC d/b/a STADIA SPORTS GRILL, principally located at 22762 Westheimer PKY #400, Katy, TX 77450, SAMMY'S GRILL LLC 2 D/B/A SAMMY'S SPORTS GRILL 2, principally located at 95550 Spring Green Blvd, ste 400, Katy, TX 77494, SAMMY'S GRILL LLC 3 D/B/A SAMMY'S SPORTS GRILL 3, principally located at 7035 W. Grand Parkway #99, Richmond, TX 77406, SAMMY'S GRILL LLC 4 D/B/A SAMMY'S SPORTS GRILL 4, principally located at 1027 Sawdust Road, Spring, TX 77380, SAMMY'S GRILL LLC 5 D/B/A SAMMY'S SPORTS GRILL 5, principally located at 3555 Rayford Road, Suite 100, Spring, TX 77380, and SAMUEL VELA A/K/A SAMMY VELA, residing at 9903 Cinco Ridge Drive, Katy, TX 77494, *jointly and severally,* the sum of $539,993.21 the amount awarded, with interest in the amount of ~~$~~ $19,439.76, in addition to $550.00 in

FILED: NEW YORK COUNTY CLERK 04/22/2019 11:18 AM                INDEX NO. 653963/2018
NYSCEF DOC. NO. 35                                              RECEIVED NYSCEF: 04/22/2019

costs and disbursements, as taxed by the clerk amounting in all to the sum of $559,982.97 ~~$~~, and that Plaintiff have execution therefore.

_____ Clerk

**FILED**
APR 22 2019
COUNTY CLERKS OFFICE
NEW YORK

FILED: NEW YORK COUNTY CLERK 04/22/2019 11:18 AM                INDEX NO. 653963/2018
NYSCEF DOC. NO. 35                                               RECEIVED NYSCEF: 04/22/2019

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-----------------------------------------------------------x
COLONIAL FUNDING NETWORK, INC. as servicing
provider for YELLOW STONE CAPITAL and
TRUST CAPITAL FUNDING,

                Plaintiff,

  - against-

SAMMYS GRILL, LLC d/b/a STADIA BAR and GRILL,
STADIA BAR & GRILL LICENSING CO, LLC d/b/a
STADIA SPORTS GRILL,
SAMMY'S GRILL LLC 2 d/b/a
SAMMY'S SPORTS GRILL 2,
SAMMY'S GRILL LLC 3 d/b/a
SAMMY'S SPORTS GRILL 3,
SAMMY'S GRILL LLC 4 d/b/a
SAMMY'S SPORTS GRILL 4,
SAMMY'S GRILL LLC 5 d/b/a
SAMMY'S SPORTS GRILL 5, and
SAMUEL VELA (a/k/a SAMMY VELA)
                Defendant.
-----------------------------------------------------------x

Index No.: 653963/2018

Date filed: August 9, 2018

Plaintiff's Place of Business:

120 West 45th Street – 4th Floor
New York, New York 10036

## JUDGMENT

**Holly S. Falkowitz, Esq.**
Attorney for Plaintiff,
*Colonial Funding Network, Inc.*
120 West 45th Street – 4th Floor
New York, New York 10036
Tel: (212) 354-1400



FILED AND DOCKETED
AT APR 22 2019
N.Y., CO. CLK'S OFFICE
11:18 AM
1-14

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-------------------------------------------------------------------x
COLONIAL FUNDING NETWORK, INC. as servicing
provider for YELLOW STONE CAPITAL and
TRUST CAPITAL FUNDING,

      Plaintiff,

 - against-

SAMMYS GRILL, LLC d/b/a STADIA BAR and GRILL,
STADIA BAR & GRILL LICENSING CO, LLC d/b/a
STADIA SPORTS GRILL,
SAMMY'S GRILL LLC 2 d/b/a
SAMMY'S SPORTS GRILL 2,
SAMMY'S GRILL LLC 3 d/b/a
SAMMY'S SPORTS GRILL 3,
SAMMY'S GRILL LLC 4 d/b/a
SAMMY'S SPORTS GRILL 4,
SAMMY'S GRILL LLC 5 d/b/a
SAMMY'S SPORTS GRILL 5, and
SAMUEL VELA (a/k/a SAMMY VELA)
    Defendant.
-------------------------------------------------------------------x

Index No.: 653963/2018

Date filed: August 9, 2018

Plaintiff's Place of Business:

120 West 45th Street, 4th Floor
New York, New York 10036

Plaintiff designates New York
County as the place of trial.
Venue is based upon Plaintiff's
place of business and pursuant to
Agreement.

## NOTICE OF ENTRY

**Holly S. Falkowitz, Esq.**
Attorney for Plaintiff,
*Colonial Funding Network, Inc.*
120 West 45th Street, 4th Floor
New York, New York 10036
Tel: (212) 354-1400
Fax: (800) 581-3615

## AFFIDAVIT OF SERVICE

COMMONWEALTH OF VIRGINIA )
) SS.:
COUNTY OF ARLINGTON )

I, Matthew Acosta, being duly sworn, deposes and says:

I am not a party to the action, am over 18 years of age and reside in Arlington County.

On April 22, 2019, I served the within NOTICE OF ENTRY by depositing true copies thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within the Commonwealth of Virginia, addressed to each of the Defendants.

**Sammys Grill, LLC d/b/a**
**Stadia Bar and Grill**
22762 Westheimer PKY #400
Katy, TX 77450

**Stadia Bar & Grill Licensing CO, LLC d/b/a**
**STADIA SPORTS GRILL**
22762 Westheimer PKY #400
Katy, TX 77450

**Sammy's Grill LLC 2**
**Sammy's Sports Grill 2**
9550 Spring Green Blvd, ste 400
Katy, TX 77494

**Sammy's Grill LLC 3**
**Sammy's Sports Grill 3**
7035 W. Grand Parkway #99
Richmond, TX 77406

**Sammy's Grill LLC 4**
**Sammy's Sports Grill 4**
1027 Sawdust Road
Spring, TX 77380

**Sammy's Grill LLC 5**
**Sammy's Sports Grill 5**
3555 Rayford Road, Suite 100
Spring, TX 77380

**Samuel Vela a/k/a**
**Sammy Vela**
9903 Cinco Ridge Drive
Katy, TX 77494

Sworn to before me
This 22nd day of April 2019

_____
Jennifer Melissa Guerrero
Notary Public 7710832
Commonwealth of Virginia
My Commission Expires:
October 31, 2020

_____
Matthew Acosta
Paralegal
Strategic Funding Source, Inc.
2500 Wilson Boulevard
Arlington, VA 22201
Tel: (212) 354-1400
Fax: (800) 581-3615