## UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| In re: | |
| SAMMY VELA, | Chapter 7 |
| Debtor. | Case No.: 19-34286 |
| _____/ | |
| KAPITUS SERVICING INC, F/K/A COLONIAL FUNDING NETWORK, AS SERVICING AGENT FOR YELLOW STONE CAPITAL AND TRUST CAPITAL FUNDING, | Ad. Pro. No. 19-03671 |
| Plaintiff, | |
| v. | |
| SAMMY VELA, | |
| Defendant. | |
| _____/ | |

## **NOTICE**

**PLEASE TAKE NOTICE** that, on March 4, 2020, Kapitus Servicing, Inc. filed *Motion for Default Judgment* [Adv Pro. ECF 9] (the "Motion");

**PLEASE TAKE FURTHER NOTICE** that:

THE MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN 21 DAYS OF THE DATE THIS WAS SERVED ON YOU. YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.

REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEY.

Date: New York, New York
March 12, 2020

        Respectfully submitted,

        DIAMOND McCARTHY LLP

        */s/ Charles M. Rubio*
        Charles M. Rubio
        crubio@diamondmccarthy.com
        TBA No. 24083768
        909 Fannin, Suite 1500
        Houston, Texas 77010
        Telephone: (713) 333-5100
        Facsimile: (713) 333-5195

        COUNSEL TO KAPITUS SERVICING, INC.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing *Notice* was served by first class United States mail and U.S. Certified First Class Mail (return receipt requested) on March 12, 2020 to Sammy Vela as follows:

Sammy Vela
9903 Cinco Ridge Drive
Katy, Texas 77494

        */s/ Charles M. Rubio*
        Charles M. Rubio