

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
03/13/2020

| | | |
|---|---|---|
| IN RE: § | | |
| SAMMY VELA § | CASE NO: 19-34286 | |
|    Debtor(s) § | | |
| § | CHAPTER 7 | |
| § | | |
| KAPITUS SERVICING INC. § | | |
|    Plaintiff(s) § | | |
| § | | |
| VS. § | ADVERSARY NO. 19-3671 | |
| § | | |
| SAMMY VELA § | | |
|    Defendant(s) § | | |

### ORDER SETTING HEARING

A hearing on Motion for Default Judgment[1] shall be held before the United States Bankruptcy Court, Bob Casey Federal Building, Courtroom #402, 515 Rusk Street, Houston, Texas, 77002 on March 31, 2020 at 1:30 p.m. (Central Standard Time).

Within two business days of receipt of this Order, movant must serve a copy of this Order on all parties entitled to notice of the hearing and file a certificate of service with the Clerk's office.

SIGNED 03/13/2020.

_____
Eduardo V. Rodriguez
United States Bankruptcy Judge

---

[1] ECF No. 9.