UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | |
| SAMMY VELA, | Chapter 7 |
|     Debtor. | Case No.: 19-34286 |
| _____/ | |
| KAPITUS SERVICING INC, F/K/A COLONIAL FUNDING NETWORK, AS SERVICING AGENT FOR YELLOW STONE CAPITAL AND TRUST CAPITAL FUNDING, | Ad. Pro. No. 19-03671 |
|     Plaintiff, | |
| v. | |
| SAMMY VELA, | |
|     Defendant. | |
| _____/ | |

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing ***Order Setting Hearing*** [ECF 15] was served electronically on March 26, 2020 to Sammy Vela at lsvela1@aol.com.

                                                  */s/ Charles M. Rubio*
                                                  Charles M. Rubio