UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

In re:

SAMMY VELA,	Chapter 7

   Debtor.	Case No.: 19-34286
_____/

KAPITUS SERVICING INC, F/K/A
COLONIAL FUNDING NETWORK, AS
SERVICING AGENT FOR YELLOW	Ad. Pro. No. 19-03671
STONE CAPITAL AND TRUST CAPITAL
FUNDING,

   Plaintiff,
v.

SAMMY VELA,

   Defendant.
_____/

## PETITIONING CREDITORS' WITNESS AND EXHIBIT LIST

| Judge: | Hon. Eduardo V. Rodriguez |
|---|---|
| Hearing Date: | Tuesday, April 28, 2020 |
| Hearing Time: | 3:00 p.m. (CT) |
| Parties' Names: | Kapitus Servicing, Inc., as Servicing Agent for Yellow Stone Capital And Trust Capital Funding |
| Attorneys' Names: | Charles M. Rubio |
| Attorneys' Telephone: | (713) 333-5100 |
| Nature of Proceeding: | Hearing on: *Motion for Default Judgment* [ECF 9] |

Diamond McCarthy LLP ("Diamond McCarthy"), counsel to Kapitus Servicing, Inc., as Servicing Agent for Yellow Stone Capital And Trust Capital Funding, hereby submits this Witness and Exhibit List in connection with the hearing to be held on Tuesday April 28, 2020, at 3:00 p.m.. (Central Time) (the "Hearing") on the *Motion for Default Judgment* [ECF No. 9].

**WITNESSES**

Diamond McCarthy may call any of the following witnesses at the Hearing, whether in person or by proffer:

1. David Wolfson
2. Any witness called by another party.

**EXHIBITS**

Diamond McCarthy may offer for admission into evidence any of the following exhibits at the Hearing:

| Ex. | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 1. | Affidavit of David Wolfson | | | | |
| 2. | Agreements | | | | |
| 3. | Declaration of I.S. Rivers | | | | |
| 4. | Settlement Agreement | | | | |
| 5. | New York Default Judgment | | | | |
| 6. | All other pleadings and exhibits on the docket | | | | |

Diamond McCarthy reserves the right to supplement, amend or delete any witness and exhibit prior to the hearing. Diamond McCarthy also reserves the right to use any exhibit presented by any other party and to ask the Court to take judicial notice of any document. Finally, Diamond McCarthy reserves the right to introduce exhibits previously admitted.

| | |
|---|---|
| Dated:  April 24, 2020 | Respectfully submitted,<br><br>DIAMOND McCARTHY LLP<br><br>/s/ *Charles M. Rubio*<br>Charles M. Rubio<br>TBA No. 24083768<br>crubio@diamondmccarthy.com<br>Two Houston Center<br>909 Fannin, 37th Floor<br>Houston, TX 77010<br>Telephone: (713) 333-5100<br>Facsimile: (713) 333-5199<br><br>*Counsel for the Plaintiff* |